# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STREAMLINE PRODUCTION GROUP, LLC, ) | |
| ) | |
|     Debtor, ) | |
| ) | |
| _____ ) | |
| ) | ADV. NO. 3:25-ap-90085 |
| ) | CHAPTER 7 |
| EVA M. LEMEH, TRUSTEE, ) | JUDGE WALKER |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPAIN & HIGGINBOTHAM CPA ) | |
| GROUP, PLLC, ) | |
| ) | |
|     Defendant. ) | |

_____

## NOTICE OF APPEARANCE
_____

Please take notice that attorneys John O. Belcher, Henry E. Hildebrand, III, and Lindsay R. Chrise of the law firm Belcher Sykes Harrington, PLLC, will be representing the Defendant, Spain & Higginbotham CPA Group, PLLC, in the above-styled Adversary Proceeding, Case No. 3:25-ap-90085, and hereby give notice of their appearance as counsel of record on the Defendant's behalf. All filings and notices in this case should be copied at the address below.

Respectfully submitted,

**BELCHER SYKES HARRINGTON, PLLC**

By:    */s/ John O. Belcher*
John O. Belcher
Henry E. Hildebrand, III
Lindsay R. Chrise
320 Seven Springs Way, Suite 110
Brentwood, Tennessee 37027
(T): (615) 810-8777
(F): (615) 810-8770
jbelcher@bshlawyers.com
hank@ch13bna.com
lchrise@bshlawyers.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, a true and correct copy of this pleading has been served upon counsel of record by CM/ECF as follows:

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle
Suite 200
Franklin, TN 37067
phillip@thompsonburton.com
*Counsel for Trustee*

   */s/ John O. Belcher*
John O. Belcher